Richard A. McKinney
HIGIER ALLEN & LAUTIN, P.C.
5057 Keller Springs Road, Suite 600
Addison, Texas 75001-6231
Telephone: (972) 716-1888

ATTORNEYS FOR GREEN TREE SERVICING LLC

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JESSE P. RODRIGUEZ, SR. AND | § | |
| MONICA A. RODRIGUEZ | § | Case No. 09-10449-RLJ-13 |
| | § | |
| Debtors. | § | |

### NOTICE LIFTING AUTOMATIC STAY

Green Tree Servicing LLC ("Green Tree"), a creditor of the above referenced Debtors hereby files its Notice Lifting Automatic Stay and, would show the Court the following:

1. On April 13, 2010, Green Tree filed an Agreed Order Modifying Automatic Stay with the Court which provided that Debtors would cure amounts owed on contract payments and insurance.

2. On June 22, 2010, a demand letter was sent by certified mail, return receipt requested and by regular U.S. Mail pursuant to the terms of the Agreed Order Modifying Stay which demanded payment within ten (10) days. The letter notified Debtors that the Stay would lift automatically if Debtors failed to cure the default within the time allowed. The ten days expired on July 2, 2010. On that date, Debtors had failed to cure the default.

3. Accordingly Green Tree hereby files its notice that the automatic stay has lifted with respect to Debtors' Real Property more particularly described in the Deed of Trust and more commonly described as: 3333 Melinda Lane, Abilene, Texas 79603.

Respectfully submitted,

HIGIER ALLEN & LAUTIN, P.C.

By: _____
Richard A. McKinney
State Bar No. 13723430
5057 Keller Springs Road, Suite 600
Addison, Texas 75001-6231
Telephone: (972) 716-1888
Telecopy: (972) 716-1899

ATTORNEYS FOR GREEN TREE SERVICING LLC

### CERTIFICATE OF SERVICE

I hereby certify that on this ___7___ day of July, 2010, a true and correct copy of the foregoing Notice Lifting Automatic Stay has been sent to the following by either First Class Regular Mail or Electronic Case Filing Notification ("ECF"):

Jesse P. Rodriguez, Sr. and Monica A. Rodriguez
3333 Melinda Lane
Abilene, Texas 79603

Pamela J. Chaney
Monte J. White & Assoicates, P.C.
402 Cypress, Suite 310
Abilene, Texas 79601

Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue
Lubbock, Texas 79424

_____
Richard A. McKinney