Monte J. White & Associates, PC
Pamela J. Chaney
402 Cypress, Suite 310
Abilene, TX 79601
(325) 673-6699
ecfabilene@montejwhite.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| IN RE: | | |
| Jesse Pena Rodriguez, Sr. | § | CASE NO. 09-10449-RLJ-13 |
| and | § | |
| Monica Aranda Rodriguez | § | HEARING DATE: 11/2/2011 |
| DEBTOR(s) | § | HEARING TIME: 11:00 A.M. |

FIRST MODIFICATION OF CHAPTER 13 PLAN AFTER CONFIRMATION

DATE: 09/27/2011

Pursuant to 11 USC 1329, the Debtor(s) (per the undersigned attorney) or the Standing Chapter 13 Trustee, requests the following Modification of Debtor(s) Confirmed Plan herein:

I. HISTORY OF THE CASE

1. Date Case Filed: 11/23/2009

2. Date of Section 341 Meeting: 1/4/2010

3. First Payment Date: 12/23/2009

4. Date of Confirmation: 2/5/2010

5. Total Plan Term Prior to this Modification: 56

6. Number of Months from First Payment Date through month prior to estimated month of Modification Approval: 23

7. Remaining Plan Term (subtract item 6 from the lesser of item 5 or 60 months): 33

8. Amount of Arrears through the month prior to the date the Modification is filed: $148.50

9. Date plan payments are to resume: 11/23/2011

10. Total Payments Paid to the Trustee through the month prior to the date the Modification is filed with the clerk: $13,422.50

11. Total payments due to the Trustee through the month prior to the date the Modification is filed with the clerk: $13,571.00

12. Total Payments Due to the Trustee from the month the Modification is filed to the month the Modification is set for approval: $833.50

13. List Dates of any Prior Orders Modifying, Interlocutory Orders, or Special Supervision Orders: TRCC 8/9/2010

II. MODIFICATION REQUESTED
(CHECK 1 OR MORE OF THE FOLLOWING 4 CHOICES)

| | |
|---|---|
| _____ | Plan payments remain at $_____per month. |
| \_\_x\_\_\_ | DECREASE monthly payment from $685.00 per month to $240.00 per month (must coincide with resume date shown in item 9 above) |
| _____ | Extend months from \_\_\_\_\_months to\_\_\_\_\_ months (not to exceed 60 calendar months from month of First Payment Date) |
| _____ | Add balloon payment of in month (indicate how the balloon payment will be made) |

_____
_____
All modifications that include a balloon payment will require testimony.

Any arrears indicated in item 8 above shall be cured by the following method:

III. RESUMPTION OF PAYMENTS TO THE TRUSTEE
(All information below must be complete)

Payments can only change as of the month the modification is approved. Payments to the Trustee in the amount of $240.00 will resume on or before 11/23/2011 for 33 months (item 7 above) remaining in the Modified Plan as of the date the modification is approved.

Base amount will change from $37,546.00 to $32,717.12

If the base amount has changed complete the following:

1. Total Paid in as of the month prior
to Modification Approval:                                 $14,941.00

2. (+)Plus Total Payments to be made
through the Remainder of Plan:                            $ 7,920.00
(Making up any arrears in item 9 above)
3. (+)Plus Insurance Proceeds from totaled car            $ 9,856.12

4. (=) New Base Amount                                    $32,717.12

IV. TREATMENT OF UNSECURED CREDITORS

Unsecured creditors are not guaranteed a dividend when a plan is confirmed. See general order 2006-1. Allowed general unsecured claims may receive a pro-rata share of the unsecured creditors' pool, but not less than the section 1325(a)(4) amount of non-exempt property less

allowed administrative and priority claims, after the TRCC becomes final. A proof of claim must be timely filed to be allowed.

V. SECURED, PRIORITY OR SPECIAL CLASS TREATMENT

ADD/DELETE/SURRENDER/CHANGE the following Secured, Priority or Special Class Unsecured Creditor(s):

C/D;A=ADD;D = DELETE; S = SURRENDER; CF = CHANGE FROM; CT = CHANGE TO
Code   Name   Class   Amount   Collateral Value   Interest Treatment

| Code | Name | Class | Amount | Collateral Value | Interest Treatment |
|---|---|---|---|---|---|
| CF | S-Americredit | 2007 Saturn Vue | $17,010.60 | | $419.32 |
| CT | " | " | " | | Surrender interest in full satisfaction of debt (after application of insurance proceeds of $9,856.12) |
| A | S-Green Tree | Post-petition mortgage arrears | $5,499.48 | @10% interest | $191.30 per month for 33 months |

Note: Changes to any creditors above shall not be effective until the Modification is approved.

VI. ATTORNEY FEES

Debtor's attorney shall be allowed an additional fee for this Modification in the total amount of $350.00 plus $50.00 in costs, of which $400.00 will be paid through the Plan by the Trustee.

VII. REASON FOR MODIFICATION

This modification is requested for the following reason(s): Debtors' vehicle has been totaled and insurance will pay proceeds of $9,856.12. In addition, Debtors wish to add post-petition mortgage arrears to plan per Amended Agreed Order entered with the Court on 9/20/2011.

VIII. BUDGET INFORMATION

At the time of filing this modification the debtor shall provide a filed marked copy of the current budget (schedules I & J) and the three most recent pay stubs to the Trustee.

See Amended Schedules I & J on file with the Court.

Respectfully submitted,

/s/Pamela J. Chaney
Attorney for Debtor(s)

CERTIFICATE OF SERVICE

I certify that a true copy of the above and foregoing Modification of Plan after Confirmation has been served by me on 09/29/2011, on all parties on the attached matrix, by ECF and/or United States First Class Mail, proper postage affixed.

/s/Pamela J. Chaney
Attorney for Debtor(s)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-1<br>Case 09-10449-rlj13<br>Northern District of Texas<br>Abilene<br>Tue Sep 27 14:26:18 CDT 2011 | Green Tree Servicing LLC<br>c/o Richard A. McKinney<br>Higier Allen & Lautin, P.C.<br>5057 Keller Springs Road, Suite 600<br>Addison, TX 75001-6352 | 306 Federal Building<br>1205 Texas Avenue<br>Lubbock, TX 79401-4037 |
| 1st Cash Advance<br>Texas Loan Corporation<br>690 E. Lamar Blvd. Suite 575<br>Arlington ,TX 76011-3869 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>T MOBILE/T-MOBILE USA INC<br>PO Box 248848<br>Oklahoma City, OK  73124-8848 | Aarons Sales<br>2102 N 1st St.<br>Abilene, TX 79603-7302 |
| (p)AMERICREDIT<br>PO BOX 183853<br>ARLINGTON TX 76096-3853 | CAPITAL ONE BANK USA, N.A.<br>BY AMERICAN INFOSOURCE LP AS AGENT<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Cash & Go<br>2501 S Treadaway<br>Abilene, TX 79602-5913 |
| (c)CBE GROUP<br>131 TOWER PARK DR STE 100<br>WATERLOO IA  50701-9374 | Clinical Pathology Associates<br>1818 Pine St.<br>Abilene, TX 79601-2349 | Collectech Diversified<br>Po Box 12027<br>Lubbock, TX 79452-2027 |
| Covenant Medical Group<br>Malone & Hogan<br>PO Box 94188<br>Lubbock, TX 79493-4188 | Cox Communication<br>902 S. CLack<br>Abilene, TX 79605-3535 | (p)DIRECTV CUSTOMER SERVICE<br>ATTN BANKRUPTCY CLAIMS<br>PO BOX 6550<br>GREENWOOD VILLAGE CO 80155-6550 |
| EZ Loan<br>3202 N. 1st, Suite F<br>Abilene, TX 79603-7039 | Equidata<br>724 Thimble Shoals Blvd<br>Newport News, VA 23606-2574 | Fac-nab<br>Attn: ABK Unit<br>PO Box 198988<br>Nashville, TN 37219-8988 |
| First Premier Bank<br>PO Box 5524<br>Sioux Falls, SD 57117-5524 | General Credit Service<br>7250 N 16th St Ste 101<br>Phoenix, AZ 85020-5214 | (c)GREEN TREE SERVICING L<br>332 MINNESOTA ST STE E610<br>SAINT PAUL MN  55101-1311 |
| Green Tree Servicing LLC<br>PO BOX 0049<br>Palatine, IL 60055-0049 | (p)GREENTREE SERVICING LLC<br>BANKRUPTCY DEPARTMENT<br>P O BOX 6154<br>RAPID CITY SD 57709-6154 | Green Tree Servicing LLC<br>c/o Richard A. McKinney<br>Higier Allen & Lautin, P.C.<br>5057 Keller Springs Rd., Suite 600<br>Addison, Texas 75001-6352 |
| HSBC Card Services<br>PO Box 80026<br>Salinas, CA 93912 | Hendrick Medical Center<br>Collection Department<br>1900 Pine Street<br>Abilene, Texas 79601-2432 | I C System Inc<br>Po Box 64378<br>Saint Paul, MN 55164-0378 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | (p)MICHAEL REED OR LEE GORDON<br>PO BOX 1269<br>ROUND ROCK TX 78680-1269 | Midland Credit Management, Inc.<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123-2255 |

| | | |
|---|---|---|
| Midland Credit Mgmt<br>8875 Aero Drive Suite 200<br>San Diego, CA 92123-2255 | Monte J. White & Associates, P.C.<br>402 Cypress, Suite 310<br>Abilene, TX 79601-5151 | Nco Fin-09<br>507 Prudential Rd<br>Horsham, PA 19044-2308 |
| Nco Fin-38<br>Pob 13564<br>Philadelphia, PA 19101 | Noble Fin<br>25331 1h 10 West<br>San Antonio, TX 78257 | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>c/o Orchard/Sub Prime<br>POB 41067<br>NORFOLK VA 23541-1067 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Precision Recovery Analytics, Inc<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Radiology Associates of Abilene<br>PO Box 2898<br>Abilene, TX 79604-2898 |
| SFC Central Bankruptcy<br>PO Box 1893<br>Spartanburg, SC 29304-1893 | Service Bureau Inc<br>2705 81st St<br>Lubbock, TX 79423-2229 | Superior Mgt<br>Attn: Bankruptcy<br>PO Box 468089<br>Atlanta, GA 31146-8089 |
| T-Mobile<br>PO Box 37380<br>Albuquerque, NM 87176-7380 | Taylor CAD<br>co Michael Reed<br>P.O. Box 1269<br>Round Rock, TX 78680-1269 | Taylor Co. Central Appraisal District<br>1534 South Treadaway Blvd<br>Abilene, TX 79602-4927 |
| Texas Midwest Surgery Ctr.<br>751 North 18th Street<br>Abilene, Texas 79601-3017 | Verizon Wireless<br>PO Box 3397<br>Bloomington, IL 61702-3397 | (c)VERNON MARK WILLIAMS, MD<br>1904 PINE ST STE 4D<br>ABILENE TX 79601-2450 |
| West Central TX Collections<br>PO Box 2586<br>Abilene, TX 79604-2586 | Jesse Pena Rodriguez Sr.<br>3333 Melinda Lane<br>Abilene, TX 79603-2118 | Monica Aranda Rodriguez<br>3333 Melinda Lane<br>Abilene, TX 79603-2118 |
| Pamela Jean Chaney<br>Monte J. White & Associates, P.C.<br>American State Building<br>402 Cypress, Ste. 310<br>Abilene, TX 79601-5151 | UST U.S. Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-1011 | Walter 12,13 OCheskey<br>6308 Iola Avenue<br>Lubbock, TX 79424-2735 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| AmeriCredit Financial Services, Inc.<br>PO Box 183853<br>Arlington, TX 76096 | (d)Americredit<br>801 Cherry St 3900<br>Fort Worth, TX 76102 | Direct TV<br>PO Box 70014<br>Boise ID 83707-0114 |

| | | |
|---|---|---|
| Green Tree Servicing LLC<br>PO BOX 6154<br>Rapid City, SD 57709-9858 | IRS Special Procedures<br>Mail Code 5020-DAL<br>1100 Commerce St, Room 9B8<br>Dallas, TX 75242 | (d)Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 |
| Michael Reed<br>McCreary Veselka, Bragg & Allen P.C.<br>PO Box 1269<br>Round Rock, TX 78680 | Portfolio Rc<br>Attn: Bankruptcy<br>120 Corporate Blvd Suite 100<br>Norfolk, VA 23502 | |

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

| | | |
|---|---|---|
| Cbe Group<br>131 Towe Park Dr Suite 1<br>Waterloo, IA 50702 | Green Tree Servicing L<br>332 Minnesota St Ste 610<br>Saint Paul, MN 55101 | Vernon Mark Williams, MD<br>1100 N 19th Suite 4D<br>Abilene, TX 79601 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Taylor CAD | (d)Verizon Wireless<br>PO Box 3397<br>Bloomington, Il 61702-3397 | End of Label Matrix<br>Mailable recipients   53<br>Bypassed recipients    2<br>Total                 55 |