U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET



**The following constitutes the ruling of the court and has the force and effect therein described.**

**United States Bankruptcy Judge**

**Signed November 04, 2011**

---

MOD1 0013.000276

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION**

| | |
|---|---|
| **IN RE:** | **CASE NO: 09-10449-RLJ-13** |
| **JESSE PENA RODRIGUEZ SR** | **DATED: November 3, 2011** |
| **MONICA ARANDA RODRIGUEZ** | **ATTORNEY: MONTE J WHITE & ASSOCIATES PC** |
| | **HEARING DATE: 11/2/2011 @ 11:00 A.M.** |

**ORDER APPROVING MODIFIED PLAN AND LIMITING NOTICE**

On this day came on for consideration the "Modification of Plan After Confirmation and Order Limiting Notice" dated 9/27/2011. The Court finds that notice was and is appropriate under the circumstances, and that the Modification should be APPROVED.

**IT IS THEREFORE ORDERED** that the Modified Plan dated 9/27/2011 be and the same is hereby APPROVED, as stated below:

Debtors' plan payment is reduced to $240.00 beginning 11/11; for a new plan base of $32,717.12.

A 2007 Saturn Vue is surrendered to Americredit in full satisfaction of the debt

Green Tree is allowed a $5,499.48 secured claim for post-petition mortgage arrears paid at 10% interest over the remaining months of the plan with a monthly payment of $191.30.

Debtor attorney is allowed $400.00 for this modification; paid through the plan.

**IT IS FURTHER ORDERED** that 25 days written Notice to the Debtor(s), Attorney for Debtor(s), the Chapter 13 Trustee, and all creditors adversely affected by such modification and opportunity for hearing, is appropriate under the circumstances.

# # # End of Order # # #

/s/ Walter O'Cheskey
Walter O'Cheskey, Chapter 13 Trustee
6308 Iola Avenue,
Lubbock TX 79424